# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Sean Jackson and Heather Jackson,<br>Plaintiff<br>-vs-<br>County of Pinal, et al.,<br>Defendants. | CV-22-1863-PHX-DLR (JFM)<br><br>**Preliminary Scheduling Order** |

This case has been referred to the undersigned for pretrial proceedings. Plaintiff is represented and this case is designated a **Standard Track** action, and is governed by Local Rule of Civil Procedure 16.2(b)(3).

On March 24, 2023, the parties filed their Rule 26(f) Joint Case Management Report (Doc. 29). The parties reported that:

1) there are no current opportunities to narrow facts or legal issues;

2) the Court has jurisdiction;

3) service on and an answer from all remaining defendants has been completed;

4) dispositive motions and motions regarding expert opinions are anticipated;

5) no related cases;

6) referral for a settlement conference is not requested at this time;

7) accommodations for ASL interpreters will be required, but otherwise no peculiar difficulties are expected;

8) no phasing or focusing of discovery is not requested, and there are no issues regarding ESI, privileges, or protective orders to be addressed at this time, although a need for protective orders regarding various issues is anticipated; and

9) the parties agree that a 90 day expansion of the Initial Schedule is

- 1 -

appropriate to accommodate the need for ASL interpreters, but otherwise seek no modifications to the discovery limits or deadlines, except as addressed hereinafter.

On April 4, 2023, the parties and the Court participated in a preliminary scheduling conference pursuant to Federal Rule of Civil Procedure 16(b)(1)(B), as required by Local Civ. Rule 16.2(b)(3)(B)(i).

In addition to discussing the parties' report and proposed schedule, the parties and the Court discussed the appropriate participants for the required settlement discussions. The parties are free to file a motion to require or dispense with participation of individual defendants or non-parties with authority to settle.

**IT IS THEREFORE ORDERED**:

(A)  The schedule herein is amended as follows:

1. **Initial Disclosures:**  The parties must serve initial disclosures pursuant to Rule 26(a) by **May 2, 2023**.
2. **Motions to Join, Amend or Supplement:**  All motions to join parties or to amend or supplement pleadings must be filed by **June 30, 2023**.
3. **Plaintiff's Expert Witnesses:**  Plaintiff must disclose all expert witnesses and their Rule 26(a)(2)(B) Reports by **September 15, 2023**.
4. **Defendants' Expert Witnesses:** Defendants must disclose all expert witnesses and their Rule 26(a)(2)(B) Reports by **October 20, 2023**.
5. **Rebuttal Expert Witnesses:**  The parties must disclose all rebuttal expert witnesses and their Rule 26(a)(2)(B) Reports by **November 13, 2023**.
6. **Discovery Requests:** All requests for discovery must be served by **November 17, 2023**.
7. **Depositions:** All depositions must be completed prior to the date set for the Discovery and Disclosure Motions deadline.
8. **Discovery and Disclosure Motions**: All motions regarding discovery and disclosure must be filed by **December 29, 2023**.
9. **Dispositive Motions:**  All dispositive motions, e.g. motions to dismiss, motions for

summary judgment, etc., must be filed by **January 26, 2024**.

10. **Pretrial Motions:** All other pretrial motions (excluding motions related to the conduct of trial, *e.g.* motions in limine, which are properly directed to the district judge who will try the case upon withdrawal of the reference of the case to the magistrate judge), must be filed on or before the later of: (a) **February 23, 2024**; or (b) 30 days after the order ruling on all remaining dispositive motions pending on the dispositive motions deadline.

11. **Settlement Discussions:** The parties must complete their settlement discussions on or before the later of: (a) **February 23, 2024**; or (b) 30 days after the order ruling on all remaining dispositive motions pending on the dispositive motions deadline.

12. **Settlement Report:** The parties must file their Settlement Report within 14 days of the completion of their settlement conference.

In all other respects, the Court's initial Scheduling Order (Doc. 28) remains in effect.

Dated: April 4, 2023

22-1863o Order 23 04 04 re Prelim Sched.docx

James F. Metcalf
United States Magistrate Judge